

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

After we granted the State's first and second motions for extensions of time to file the brief, the State's brief was due on October 5, 2018.  *See* TEX. R. APP. P. 38.6(d).  On October 10, 2018, the State filed its third motion for an extension of time to file its brief and the brief.

The State's motion is GRANTED; its brief is deemed timely filed.  *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court